# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge **Dale S. Fischer** and to Magistrate Judge **Frederick F. Mumm**.

The case number on all documents filed with the Court should read as follows:

**2:14–cv–4307 DSF(FFMx)**

Pursuant to General Order 05–07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery–related motions. All discovery–related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U.S. District Court

June 4, 2014  
Date

By /s/ *Edwin Sambrano*  
Deputy Clerk

### ATTENTION

*A copy of this Notice must be served on all parties served with the Summons and Complaint (or, in cases removed from state court, on all parties served with the Notice of Removal) by the party who filed the Complaint (or Notice of Removal).*

CV–18 (04/14)      NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES