# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OCHOA, CYNDE SOTO, CATHY SHIMOZONO, BEN ROCKWELL, AND SHARON PARKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, a public entity, and ROBERT GARCIA, in his official capacity as Mayor,<br><br>Defendants. | Case No. 2:14-cv-04307-DSF-FFM<br><br>**JUDGMENT** |

In accordance with the Court's order granting final approval of the class action settlement ("Settlement Agreement"), judgment is entered in this case with respect to all claims asserted by Named Plaintiffs and the certified class in the complaint.

The clerk is ordered to terminate case No. 2:14-cv-04307-DSF-FFM.

The Court retains jurisdiction over the Settlement Agreement during the Settlement Term, and over any disputes that may arise during the Settlement Term. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378 (1994).

**IT IS SO ORDERED.**

Dated: 10/17/17

*[signature: Dale S. Fischer]*

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE